# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 28, 2014

### NO. 03-12-00325-CV

**$485.00 in U.S. Currency, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on March 26, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the trial court's judgment forfeiting the cocaine, but that there was error in the portion of the trial court's judgment forfeiting the cash. Therefore, the Court affirms the portion of the trial court's judgment forfeiting the cocaine. The Court reverses the portion of the trial court's judgment forfeiting the cash and renders that the Sate take nothing on its claim to the cash. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.